# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ARMANDO MUNOZ, | No. CV 03-08358 CW |
| Plaintiff, | JUDGMENT |
| v. | |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: November 29, 2005

```
           ___/s/_____
              CARLA M. WOEHRLE
           United States Magistrate Judge
```